UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

STEPHEN T. CASSELL,
    Plaintiff,

vs.                               11-1109, 11-1111,

GLADYSE C. TAYLOR, et. al.
    Defendants.

## CASE MANAGEMENT ORDER

    It appears through no fault of the pro se Plaintiff, his lawsuit has been filed twice in this court. On March 16, 2011, Correctional Center Officials e-filed the Plaintiff's complaint with the clerk's office for the United States District Court for the Central District of Illinois. The clerk received a 56 page complaint, motion to proceed *in forma pauperis* and a motion for appointment of counsel. The documents were filed and *Cassell v Taylor*, Case No. 11-1111 was opened.

    Two hours later, the correctional center e-filed the exact same documents. A different clerk filed the documents as *Cassell v Taylor*, Case No. 11-1109. The complaint and documents are identical in each case. A merit review order has already been entered in *Cassell v Taylor*, Case No. 11-1111, setting forth all claims against all Defendants and the Defendants have been served. There are no Defendants yet in *Cassell v Taylor*, Case No. 11-1109. Therefore, the court will dismiss *Cassell v Taylor*, Case No. 11-1109. The court will waive the filing fee in this case, so the Plaintiff does not pay two filing fees for the same claims.

    The Clerk of the Court is to send the Plaintiff a copy of the docket sheet in *Cassell v Taylor*, Case No. 11-1111, so he is clear on the status of his case. The Plaintiff must be careful to put Case No. 11-1111 on any future filings.

    **IT IS THEREFORE ORDERED that:**

    **1) The clerk of the court is directed to dismiss *Cassell v Taylor*, Case No. 11-1109 as a repetitive filing. All pending motions are denied as moot. (d/e 3, 6).**

    **2) The Plaintiff has stated the exact same claims in *Cassell v Taylor*, Case No. 11-1111, and he will be allowed to proceed in this case. The clerk of the court is to provide the Plaintiff with a copy of the docket sheet in this case to prevent any further confusion.**

**3) The Plaintiff has been granted leave to proceed** *in forma pauperis* **in his surviving case,** *Cassell v Taylor***, Case No. 11-1111, and he must eventually pay the full $350 filing fee as indicated by the court in its March 16, 2011 Text Order.**

**4) The Plaintiff will not be accessed a filing fee in the dismissed case,** *Cassell v Taylor***, Case No. 11-1109. The repetitive filing does not appear to be the fault of the Plaintiff. The court therefore vacates its March 25, 2011 Text Order granting leave to proceed** *in forma pauperis* **in** *Cassell v Taylor***, Case No. 11-1109, and ordering payments toward the filing fee. The court notes it has not received any payments to date in Case No. 11-1109, so no funds need to be transferred to the surviving case. THE CLERK OF THE COURT IS TO SEND A COPY OF THIS ORDER TO THE TRUST FUND OFFICE AT THE PLAINTIFF'S CURRENT FACILITY.**

**4) The Clerk of the Court is to file a copy of this order in both** *Cassell v Taylor***, Case No. 11-1109 and** *Cassell v Taylor***, Case No. 11-1111.**

Entered this 28t day of July, 2011.

s/James E. Shadid
_____
JAMES E. SHADID
UNITED STATES DISTRICT JUDGE